UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.   Case No. 3:04-cr-27-J-12TEM
3:05-cv-562-J-12TEM

**WILLIAM MICHAEL ALFORD**

## ORDER

This cause is before the Court on the Defendant's Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Crim. Doc. 21, Civ. Doc.1), filed June 20, 2005. The Government's response in opposition (Civ. Doc.6), was filed on August 29, 2005.

The Defendant claims that his sentence should be vacated and that he is due to be re-sentenced because his counsel was ineffective for failing to challenge a burglary conviction that was used in sentencing him as an armed career criminal pursuant to U.S.S.G. §4B1.4, citing Shepard v. United States, 125 S.Ct. 1254 (2005). For the reasons set forth by the Government in its response (Civ. Doc.6), the Court finds that the Defendant has not established ineffective assistance of counsel as the burglary conviction he cites was properly utilized to enhance his conviction.

The Defendant never objected to the factual bases of paragraphs 26 and 27 of his pre-sentence investigation report which clearly set forth that all three burglaries used to enhance his sentence were burglaries of three different businesses, nor does he attempt to make such challenge in his §2255 motion. In other words, the Defendant does not deny that his burglary convictions were as set forth is the pre-sentence investigation report.

Therefore, all three burglary convictions were properly used to sentence the Defendant as an armed career criminal pursuant to U.S.S.G. §4B1.4. Accordingly, upon review of the record and the submissions of the parties, it is

**ORDERED AND ADJUDGED:**

That the Defendant's Petition Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Crim Doc. 21, Civ. Doc.1) is denied and the Clerk is directed to close the civil case and terminate the pending criminal motion.

**DONE AND ORDERED** this 21st day of September 2005.

					_____
					**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:
	AUSA (Ronca)
	Defendant